No. 47. USNER *v.* LUCKENBACH OVERSEAS CORP. ET AL., 400 U. S. 494;

No. 80. ZENITH RADIO CORP. *v.* HAZELTINE RESEARCH, INC., *ante,* p. 321;

No. 109. TIME, INC. *v.* PAPE, *ante,* p. 279;

No. 787. OHLENDORF ET UX. *v.* GAYLES ET AL., *ante,* p. 929;

No. 901. SHERMAN ET AL. *v.* UNITED STATES, *ante,* p. 908;

No. 1001. NATIONAL SCREEN SERVICE CORP. *v.* POSTER EXCHANGE, INC., *ante,* p. 912;

No. 1004. HANSEN *v.* HAAGENSEN, *ante,* p. 912;

No. 5964. WALKER *v.* BRANTLEY, WARDEN, *ante,* p. 942;

No. 6068. WIMBERLEY *v.* CRAVEN, WARDEN, ET AL., *ante,* p. 915;

No. 6096. MARANZE *v.* DAYTON SCHOOL BOARD ET AL., *ante,* p. 916;

No. 6155. BRYANT *v.* MARYLAND, *ante,* p. 917; and

No. 6189. McPEAK ET AL. *v.* ADJUSTMENT CORP., *ante,* p. 919. Petitions for rehearing denied.